Argued and submitted October 1, affirmed October 31, 2001

STATE OF OREGON,
*Respondent,*

*v.*

JOSHUA SHAWN CAIN,
*Appellant.*

98CR0633; A107469

33 P3d 1068

Emily Simon argued the cause for appellant. With her on the briefs was David T. McDonald.

Christina M. Hutchins, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Wollheim, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

Affirmed. *Wood v. Baldwin,* 158 Or App 98, 972 P2d 1221, *rev den* 329 Or 61 (1999).